## J. W. DUNN v. V. A. ANDERSON et al.
### No. 31785.

Supreme Court of Mississippi.
June 10, 1935.

J. F. Galloway, of Gulfport, for appellant.
White & Morse, of Gulfport, for appellees.

PER CURIAM.
Affirmed.

## John Lee HARRIS and Jack Davis v. STATE.
### No. 31718.

Supreme Court of Mississippi, Division A.
June 10, 1935.

A. M. Edwards, of Mendenhall, for appellant.
W. D. Conn, Jr., Asst. Atty. Gen., for the State.

SMITH, Chief Justice.

The instruction complained of presents no reversible error, if error at all.

The questions propounded to one of the witnesses may have violated the proprieties and the rights of the witness, but present no reversible error.

The evidence supports the verdict.
Affirmed.

## Mrs. Helen SCARBOROUGH et al. v. Mrs. J. M. REDDING.
### No. 31669.

Supreme Court of Mississippi.
June 10, 1935.

Parker & Shivers, of Poplarville, for appellants.
Hathorn & Williams, of Poplarville, for appellee.

PER CURIAM.
Affirmed.